UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVENTIS PHARMA S.A. and AVENTIS PHARMACEUTICALS INC., <br><br> Plaintiffs, <br> v. <br> SANDOZ INC., <br><br> Defendant. | Case No. CV 06-4858 MRP (PLAx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF UNENFORCEABILITY** |

Defendant Sandoz Inc.'s Notice of Motion and Motion for Summary Judgment of Unenforceability and the parties' submissions in support of and in opposition to the Motion having been read and considered,

IT IS ORDERED THAT:

1. Defendant Sandoz Inc.'s Motion for Summary Judgment of Unenforceablility is GRANTED;

2. Aventis's complaint for infringement of U.S. Patent No. 5,389,618 and RE 38,743 E is dismissed based on collateral estoppel principles in view of the decisions in <u>Aventis Pharma S.A. v. Amphastar Pharmaceuticals Inc.</u>, 525 F.3d 1334 (Fed. Cir. 2008), and <u>Aventis Pharma S.A. v. Amphastar Pharmaceuticals Inc.</u>, 475 F.Supp. 2d 970 (C.D. Cal. 2007);

-1-

     3.    Defendant Sandoz Inc.'s counterclaims for declaratory judgment of invalidity, noninfringement, and unenforceability are dismissed as moot, and the remainder of this action is stayed pending appeal; and

     4.    FINAL JUDGMENT under Fed. R. Civ. P. 54(b), there being no just reason for delay, is entered, with prejudice, in favor of Defendant Sandoz and against Plaintiffs Aventis Pharma S.A. and Aventis Pharmaceuticals Inc.

IT IS SO ORDERED.

DATED: August 28, 2008

_____
Hon. Mariana R. Pfaelzer
United States District Judge