# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVENTIS PHARMA S.A. and AVENTIS PHARMACEUTICALS INC.,**<br><br>Plaintiffs,<br>v.<br>**SANDOZ INC.,**<br><br>Defendant. | Case Nos.<br>  CV 06-4858 MRP (PLAx) [lead]<br>  CV 07-2558 MRP (PLAx)<br><br>**ORDER DENYING Motion for Determination of Exceptional Case and Award of Attorney Fees and Nontaxable Costs** |

Defendant Sandoz moves for an exceptional case determination and for an award of attorney fees and nontaxable costs.

## BACKGROUND

This case is one of several related, long-running disputes arising from an Aventis patent. This case was filed to preserve Aventis' rights under the patent laws and the Hatch-Waxman Act, should Aventis have prevailed in related cases.

Though Aventis may have been aggressive while preserving its rights in this case, nothing in this case was "exceptional."

Indeed, this case was stayed while other parties litigated the merits of Aventis' patent enforceability. Sandoz rode those parties' coattails and received a judgment on grounds of collateral estoppel.

**ORDER**

The Court has reviewed Sandoz's moving papers; the record in this case and the related cases; and Aventis' opposition papers. From this review, the Court has determined that a hearing would not assist this motion's disposition.

The Court concludes that

    Sandoz has not met its burden to show that <u>this</u> case was exceptional; and, even if this case were exceptional, the Court would not exercise its discretion to award fees.

Therefore,

    Sandoz's motion is DENIED.

IT IS SO ORDERED.

DATED: July 10, 2009

                                            *Mariana R. Pfaelzer*
                                            Hon. Mariana R. Pfaelzer
                                            United States District Judge